UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Paris Avery, ) | C/A No.: 9:14-037-MBS |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Angela McCall-Tanner *in her individual capacity*, Christine Wilson, *in her individual capacity,* and Demetra Garvin, *in her individual capacity.* ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff, Paris Avery, hereby gives notice of her intention to appeal to the United States Court of Appeals for the Fourth Circuit the order by the District Court of South Carolina, entered March 31, 2016 (ECF No. 79), granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

/s/ Elizabeth A. Franklin-Best_
Elizabeth A. Franklin-Best
Fed Id 9969
Blume Norris & Franklin-Best, LLC
900 Elmwood Avenue, Ste. 200
Columbia, South Carolina 29201
betsy@blumelaw.com
(803) 765-1044

Counsel for Paris Avery

4/1/16
Columbia, South Carolina.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony Mann (242498),    ) | C/A No. 0:15-cv-163-RMG-PJG |
|     Petitioner,    ) | |
| ) | |
| v.    ) | Certificate of Service |
| ) | |
| Warden of Lee Correctional,    ) | |
| Cecelia Reynolds,    ) | |
|     Respondent.    ) | |
| _____) | |

    I certify that on this date I served the Attorney General's Office by filing via ECF.

    Respectfully submitted,

    /s/ Elizabeth A. Franklin-Best
    Elizabeth A. Franklin-Best
    Fed Id 9969
    Blume Norris & Franklin-Best, LLC
    900 Elmwood Avenue, Ste. 200
    Columbia, South Carolina 29201
    betsy@blumelaw.com
    (803) 765-1044

    Counsel for Anthony Mann

3/2/16
Columbia, South Carolina.